NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDWARD FEARS, JR.,**
*Claimant-Appellant,*

v.

**Eric K. Shinseki**,
**SECRETARY OF VETERANS AFFAIRS**,
*Respondent-Appellee.*

---

2012-7047

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 09-4553, Judge Robert N. Davis.

---

Before DYK, CLEVENGER, and MOORE, *Circuit Judges.*

**O R D E R**

IT IS ORDERED THAT:

The appeal is dismissed for lack of jurisdiction.

FOR THE COURT

| March 11, 2013 | /s/ Jan Horbaly |
| Date | Jan Horbaly |
| | Clerk |

cc: Sean Ravin, Esq.
     Michael S. Macko, Esq.